IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-322-BO

| | |
|---|---|
| ANTHONY BUSSIE,<br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE AIR FORCE,<br>et al.,<br>    Defendants. | O R D E R |

This matter is before the Court on the Memorandum and Recommendation ("M&R") of United States Magistrate Judge William A. Webb [DE 11] dismissing plaintiff's complaint after frivolity review pursuant to 28 U.S.C. § 1915 (e)(2)(B). Plaintiff has not filed any objections to Judge Webb's M&R. This matter is ripe for adjudication. The Court ADOPTS the M&R and DISMISSES plaintiff's pro se complaint.

The Court adopts the M&R because the plaintiff not made any objections to it and because the M&R is not clearly erroneous or contrary to law. 28 U.S.C. § 636 (b)(1)(B). A complaint is frivolous if "it lacks an arguable basis either in law or fact." *Neitzke v. Williams,* 490 U.S. 319, 325 (1989). In making a frivolity determination, a court may designate a magistrate judge to submit proposed findings of fact and recommendations. 28 U.S.C. 636 (b)(1)(B).

A district court is only required to review an M&R *de novo* if the plaintiff specifically objects to it or in cases of plain error. *Id.*; *Thomas v, Arn,* 474 U.S. 140, 149-50 (1985). Here, the Magistrate Judge committed no plain error. The M&R properly found that the plaintiff's

1

complaint did not state any coherent claims and was frivolous. As such, the Magistrate Judge properly recommended dismissal of plaintiff's complaint.

## CONCLUSION

The Court ADOPTS the Magistrate Judge's recommendations [DE 11]. The plaintiff's complaint is DISMISSED. The clerk is DIRECTED to close the case.

SO ORDERED.
This the 30 day of August, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE